IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABÓN GONZÁLEZ,

            Plaintiff,

v.

SALAM SYED, JOLINDA WATERMAN,
and DANE ESSER,

            Defendants.

ORDER

16-cv-852-jdp

---

In a March 9, 2020 order, I dismissed plaintiff Helson Pabón González's federal claims, leaving only his diversity-jurisdiction state-law medical malpractice claims. Dkt. 103. I noted that Pabón González had still not authorized release of his medical records, which defendants needed to litigate the remining claims. I gave Pabón González a final chance to sign defendants' proposed authorization form and I warned him that if he did not do so, I would dismiss the case. *Id.* Now defendants have informed the court that Pabón González did not return an authorization form to them by the March 23 deadline I set, and they ask me to dismiss the case. Dkt. 104. I will grant that motion and dismiss the case for Pabón González's failure to share his medical records.

ORDER

IT IS ORDERED that defendants' motion to dismiss the case, Dkt. 104, is GRANTED. This case is DISMISSED with prejudice. The clerk of court is directed to enter judgment for defendants and close this case.

Entered April 8, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge